| | |
|---|---|
| 1 | **FEDERMAN & SHERWOOD** |
| | William B. Federman (*pro hac vice*) |
| 2 | 120 N. Robinson, Suite 2720 |
| | Oklahoma City, OK 73102 |
| 3 | Telephone: (405) 235-1560 |
| | Facsimile: (405) 239-2112 |
| 4 | |
| 5 | Attorneys for Plaintiff |
| | (Additional Counsel Listed on Signature Page) |
| 6 | |
| 7 | **BINGHAM McCUTCHEN LLP** |
| | Dale E. Barnes, Jr. (SBN 99273) |
| 8 | Mary T. Huser (SBN 136051) |
| | Three Embarcadero Center |
| 9 | San Francisco, CA 94111-4067 |
| | Telephone: 415.393.2000 |
| 10 | Facsimile: 415.393.2286 |
| 11 | Attorneys for Defendants |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SUTTERFIELD, Derivatively On Behalf of MICROMUSE, INC. | Master File No. No. C-04-0893 BZ |
| | <u>DERIVATIVE ACTION</u> |
| Plaintiff, | **STIPULATION AND REQUEST FOR ORDER RESETTING HEARING DATE FOR PRELIMINARY APPROVAL OF SETTLEMENT** |
| vs. | |
| LLOYD CARNEY, et al., | Date: September 7, 2005 |
| | Time: 10 a.m. |
| Defendants. | Courtroom: G, 15th Floor |
| -and- | Judge: Honorable Bernard Zimmerman |
| MICROMUSE, INC., a Delaware corporation, | |
| Nominal Defendant. | |

STIPULATION AND REQUEST FOR ORDER RESETTING HEARING DATE FOR PRELIMINARY
APPROVAL OF SETTLEMENT C-04-0893 BZ

1

SF/21633079.1

Plaintiff Greg Sutterfield ("Plaintiff"), nominal defendant Micromuse Inc. ("Micromuse" or the "Company"), Gregory Q. Brown, Lloyd Carney, Stephen A. Allott, Michael Luetkemeyer, David A. Wise, David C. Schwab, Michael B. Jackson, and Kathleen Wallman (collectively referred to as "Defendants"), by and through their counsel, recite, stipulate and request that the Court order that hearing on Motion of Federal Derivative Action Plaintiff for Preliminary Approval of (1) Proposed Settlement of the Federal Derivative Action, (2) Form of Settlement Notice, and (3) Scheduling Hearing on Final Approval of Settlement and for Award of Attorneys' Fees and Reimbursement of Expenses ("Motion of Derivative Plaintiff for Preliminary Approval") be advanced from September 21, 2005 to September 7, 2005 at 10:00 a.m. or as soon thereafter as the Court may determine.

Dated: August 29, 2005                                **BINGHAM McCUTCHEN LLP**

                                                            /s/
                                         Dale E. Barnes, Jr.
                                         Mary T. Huser
                                         Three Embarcadero Center
                                         San Francisco, CA 94111
                                         Telephone: (415) 393-2000

                                         Attorneys for Defendant Micromuse, Inc.
                                         and the Individual Defendants

| | | |
|---|---|---|
| 1 | Dated: August 29, 2005 | **FEDERMAN & SHERWOOD** |
| 2 | | |
| 3 | | _____/s/_____ |
| 4 | | William B. Federman |
| | | 120 N. Robinson, Suite 2720 |
| 5 | | Oklahoma City, OK 73102 |
| | | Telephone: (405) 235-1560 |
| 6 | | Facsimile: (405) 239-2112 |
| 7 | | -and- |
| 8 | | **GREEN WELLING LLP** |
| 9 | | Robert S. Green |
| | | 235 Pine Street, 15th Floor |
| 10 | | San Francisco, CA 94104 |
| | | Telephone: (415) 477-6700 |
| 11 | | Facsimile: (415) 477-6710 |
| 12 | | |
| 13 | | Attorneys for Plaintiff Greg Sutterfield |

**Good cause appearing therefore, hearing on Motion of Derivative Plaintiff for Preliminary Approval is set before this Court at 10:00 a.m. on September 7, 2005.**

Dated: August 29, 2005

_____
United States District Judge

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — "IT IS SO ORDERED" — Judge Bernard Zimmerman]*

STIPULATION AND REQUEST FOR ORDER RESETTING HEARING DATE FOR PRELIMINARY
APPROVAL OF SETTLEMENT C-04-0893 BZ

3

SF/21633079.1