UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SUTTERFIELD, derivatively on behalf of MICROMUSE, INC. <br><br> Plaintiff(s), <br><br> v. <br><br> LLOYD CARNEY, et al., <br><br> Defendant(s). | No. C04-0893 BZ <br><br> **SCHEDULING ORDER** |

**IT IS HEREBY ORDERED** that a hearing on State Derivative Plaintiffs' Motion to Shorten Time or in the Alternative to Continue the Hearing on Preliminary Approval of Settlement is scheduled for **Wednesday, September 7, 2005, at 10:00 a.m.,** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.  Any opposition must be filed by **10:00 a.m.** on **September 6, 2005.**

Dated:  August 31, 2005

                                    /s/ Bernard Zimmerman
                                    Bernard Zimmerman
                                    United States Magistrate Judge

G:\BZALL\-BZCASES\MICROMUSE LITIGATION\SUTTERFIELD\SCHEDULING.ORD.wpd

1