UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SUTTERFIELD,<br>Derivatively on behalf of<br>MICROMUSE, INC.<br><br>　　　　Plaintiff<br><br>　　v.<br><br>LLOYD CARNEY, et al.,<br><br>　　　　Defendant(s). | No. C04-0893 BZ<br><br>**ORDER DENYING STATE<br>DERIVATIVE PLAINTIFFS'<br>MOTION TO INTERVENE** |

Before me is the motion of state derivative plaintiffs Peter Stropera, Kushal Khan and David Rosenbaum to intervene in this federal derivative action.[1] At the hearing on September 7, 2004, all parties agreed that no further briefing is necessary. For the reasons stated at the hearing, **IT IS HEREBY ORDERED** that state derivative plaintiffs' motion is **DENIED**.

Dated: September 8, 2005

　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Bernard Zimmerman
　　　　　　　　　　　　　　　　United States Magistrate Judge

G:\BZALL\-BZCASES\MICROMUSE LITIGATION\SUTTERFIELD\INTERVENING.ORD.wpd

---

[1] All parties consented to my jurisdiction pursuant to 28 U.S.C. § 636(c).

1