1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11    GREG SUTTERFIELD,           )
      Derivatively on behalf of   )
12    MICROMUSE, Inc.             )        No. C04-0893 BZ
                                  )
13              Plaintiff(s),     )        **SCHEDULING ORDER**
                                  )
14         v.                     )
                                  )
15    LLOYD CARNEY, et al.,        )
                                  )
16              Defendant(s).     )
      ─────────────────────────   )

17

18         **IT IS HEREBY ORDERED** that a further hearing on Motion of

19    Lead Plaintiff for Preliminary Approval of Settlement is

20    scheduled for **Thursday, September 22, 2005, at 8:30 a.m.,** in

21    Courtroom G, 15th Floor, Federal Building, 450 Golden Gate

22    Avenue, San Francisco, California 94102.  Any supplemental

23    papers must be filed by **12:00 p.m.** on **September 16, 2005.**

24    Dated:  September 8, 2005

25                          _____
                                   Bernard Zimmerman
26                          United States Magistrate Judge

27

      G:\BZALL\-BZCASES\MICROMUSE LITIGATION\SUTTERFIELD\SCHEDULING.ORD2.wpd
28


                                    1