UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREG SUTTERFIELD,<br>Derivatively On Behalf of MICROMUSE,<br><br>    Plaintiff(s),<br><br>LLOYD CARNEY, et al.,<br><br>    Defendant(s).<br><br>MICROMUSE INC., a Delaware Corp.,<br>    Nominal Defendant. | No. C 04-0893 BZ<br><br>**ORDER DENYING STATE DERIVATIVE PLAINTIFFS' APPLICATION FOR FEES AND EXPENSES AND DENYING PLAINTIFFS' MOTION TO STRIKE** |

For the reasons expressed at the hearing, **IT IS HEREBY ORDERED** that the application of the State Derivative Plaintiffs and, to the extent made, the Objectors to the settlement in the derivative action, for an award of attorneys' fees and expenses is **DENIED**.

**IT IS FURTHER ORDERED** that plaintiffs' Motion To Strike the State Derivative Plaintiffs' Application is **DENIED AS MOOT**.

DATED: December 7, 2005

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\MICROMUSE LITIGATION\ORDER DENYING DERIVATIVE MOTION.WPD

1